```
             UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
                   CENTRAL DIVISION
```

| | |
|---|---|
| RABAB JABER,        )<br>    Plaintiff    )<br>                     )<br>v.                   )<br>                     )<br>WAL-MART STORES, INC. )<br>    Defendant.      ) | CIVIL ACTION NO. 4:10-CV-10293-FDS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Sarah B. Affel Esquire, as attorney for Wal-Mart Stores, Inc. in the above referenced matter.

Dated: October 6, 2010          Respectfully submitted,

                                WAL-MART STORES EAST, LP

                                By its attorneys,

                                CRAIG AND MACAULEY
                                 PROFESSIONAL CORPORATION

                                /s/ Sarah B. Affel
                                Richard E. Quinby (BBO# 545641)
                                Sarah B. Affel (BBO# 672651)
                                Craig and Macauley
                                 Professional Corporation
                                Federal Reserve Plaza
                                600 Atlantic Avenue
                                Boston, Massachusetts
                                (617) 367-9500

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing *Notice of Appearance*, to be filed electronically through the Court's electronic filing system, and to be *served* by U.S. mail, postage prepaid on October 6, 2010 to all counsel who have appeared in this action.

/s/ Sarah B. Affel
Sarah B. Affel