UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| RABAB JABER,<br>    Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No.: 4:10-CV-10293-FDS<br>)<br>) |
| WAL-MART STORES, INC.<br>    Defendant | )<br>) |

### JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

NOW COME the Parties, Rabab Jaber and Wal-Mart Stores, Inc., and jointly respectfully request that this Honorable Court extend the scheduling order deadlines as follows:

1. Extend the non-expert deposition deadline to **December 21, 2010**;
2. Extend the Plaintiff's expert disclosure deadline to **January 14, 2011**;
3. Extend the Defendant's expert disclosure deadline to **February 14, 2011**;
4. Extend the expert depositions deadline to **March 11, 2011**;
5. Extend the Defendant's Summary Judgment Motion deadline to **March 31, 2011**;
6. Extend the Plaintiff's Opposition to Defendant's Summary Judgment motion deadline to **April 8, 2011.**

As grounds therefor, the Plaintiff submits the attached Memorandum of Law herewith.

WHEREFORE, the Plaintiff requests that this Honorable Court allow the Parties' Joint Motion to Extend the Scheduling Order Deadlines as specifically noted above.

| | |
|---|---|
| The Plaintiff,<br>RABAB JABER,<br>By her Attorney,<br><br>/S/ Robert A. Riordan, Jr.<br>Robert A. Riordan, Jr.<br>BBO #630171<br>ELLIS LAW OFFICES, LLP<br>33 Pleasant Street, Suite 2<br>Worcester, MA 01609<br>Tel: (508) 757-7451<br>Fax: (508) 757-4298 | The Defendant,<br>WAL-MART STORES, INC.<br>By its Attorney,<br><br>/S/ Sarah B. Affel<br>Richard E. Quinby (BBO# 545641)<br>Sarah B. Affel (BBO# 672651)<br>Craig and Macauley, PC<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02110<br>(617) 367-9500<br>Fax: (617) 742-1788 |

## CERTIFICATE OF SERVICE

I, Robert A. Riordan, Jr., under oath, certify that I electronically filed the foregoing document pursuant to Local Rule 7.1 using the CM/ECF system, and this day served a copy of the foregoing document to the Defendant, Wal-Mart Stores, Inc., by e-mailing and mailing same first class, postage prepaid, to their attorneys of record:

Richard E. Quinby (BBO# 545641)
Sarah B. Affel (BBO# 672651)
Craig and Macauley, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110
(617) 367-9500
Fax: (617) 742-1788

/S/ Robert A. Riordan, Jr.
Robert A. Riordan, Jr., Esq.
BBO#: 630171
Ellis Law Offices, LLP
33 Pleasant Street, Suite 2
Worcester, MA  01609
(508) 757-7451
Fax: (508) 757-4298

**DATED:**  November 9, 2010