UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RABAB JABER,

       Plaintiff,                                                    CIVIL ACTION
v.                                                                 NO.   10-10293-TSH

WALMART STORES, INC.,

       Defendant,

ORDER OF DISMISSAL

January 5, 2011

HILLMAN, M.J.

     This court having been advised that this case has been settled, it is ORDERED that this action be dismissed without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days, to reopen this action if settlement is not completed.

                                                           By the Court:

                                                           /s/ Lisa Belpedio
                                                           Lisa Belpedio
                                                           Deputy Clerk
                                                          (508) 929-9905